STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant BOUCHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR-15-87 MEJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING SPECIAL CONDITION OF PROBATION |
| v. | ) | |
| LEA BOUCHARD, | ) | |
| Defendant. | ) | Court: Honorable Maria-Elena James |

The undersigned parties stipulate as follows:

1. On August 14, 2015, this Court issued a judgment in the aforementioned case and placed the aforementioned defendant on probation for three years;

2. As a part of the judgment, and as a special condition of probation, the judgment indicates that "The defendant shall participate in a program of testing and treatment for drug or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer." *See* Judgment, Special Condition No.

1  4. As a separate part of the Judgment, the mandatory drug testing condition was suspended by this Court;

3. At sentencing, the parties agreed to an oral clarification of that condition to make it clear that the defendant was to complete an assessment for potential drug and alcohol abuse, to determine if actual testing and treatment was warranted;

4. The Probation Office has requested a written order modifying the condition, so it is clear to that office that an assessment has been ordered, but that further testing and treatment for drug or alcohol abuse is not ordered until the results of that assessment are made known to the Office of Probation and the results of that assessment indicate that further testing and treatment is necessary;

5. Accordingly, the parties stipulate and agree that Special Condition No. 4 of Ms. Bouchard's probation be hereby modified as follows:

a.) Special Condition No. 4, as written now, should be deleted;

b) In its place, Special Condition No. 4 should read as follows: "The defendant shall complete an assessment for drug and/or alcohol abuse under the direction of the Probation Office to determine if further treatment and/or testing for alcohol abuse is warranted."

6. Counsel for the government has no objection to the proposed modification

IT IS SO STIPULATED.

9/29/2015  _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

\\
\\

STIPULATION TO MODIFY PROBATION
CONDITION, CR-15-0087 MEJ                     2

9/29/2015            /S/
                                  WILLIAM EDELMAN
                                  Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE SHOWN, this Court GRANTS the parties' stipulation to modify the defendant's special conditions of probation. Special Condition No. 4 of the Judgment, issued August 14, 2015, is hereby deleted. In its place, Special Condition No. 4 of Probation shall read as follows:

"The defendant shall complete an assessment for drug and/or alcohol abuse under the direction of the Probation Office to determine if further treatment and/or testing for alcohol abuse is warranted."

DATED: October 27, 2015

                                  THE HONORABLE MARIA ELENA JAMES
                                  UNITED STATES MAGISTRATE JUDGE